

FILED
LODGED
RECEIVED

MAY 18 2023

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

United States District Court
Western District of Washington
700 Stewart Street
Seattle, WA 98101

Case No.: 2:23-cv-00737-MJP

Mark C. Christenson,   v   Neil Gorsuch,
   plaintiff                   respondent

Reference:  United States District Court Western District of Washington
            Mark Christenson v Neil Gorsuch
            2017

Should it please the court suit for ruling here cover

2

## Petition for Ruling

Pray I employee respondent

Department of Justice

Plaintiff estate

Legal work

Respondent

Supreme Court of the United States

Asserted authorization and documents

I pray thee

Unforthcoming

I pray

Fraud

And

Perjury rule

3

### Prayer for Writ of Arrest

That that the court would have respondent, Neil Gorsuch arrested

### Prayer for Order

That that the court order the court clerk notify United States Supreme Court of the action

### Prayer for Entry

I pray have the court clerk record the rulings, writ and order

I do solemnly swear the aforementioned to be true

Dated this 30 day of April, 2023.

*Mark C. Christenson*
5-14-23

Mark C. Christenson
11313 19th Av NE
Seattle, WA 98125

MARK C. CHRISTENSON
11313 19TH AV NE
SEATTLE, WA 98125

FILED
LODGED
RECEIVED

MAY 18 2023

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

MAIL

UNITED STATES DISTRICT COURT
WESTERN DISTICT OF WASHINGTON
700 STEWART STREET
SEATTLE, WA 98101

98101-444285

SPOKANE WA  990
15 MAY 2023 PM 1  L



