UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CHRISTENSON, | CASE NO. C23-737 MJP |
| Plaintiff, | MINUTE ORDER |
| v. | |
| NEIL GORSUCH, | |
| Defendant. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The Court issued a notice of filing deficiency to Plaintiff for this case on May 18, 2023. (Dkt. No. 3.) Plaintiff has failed to take any action to correct these deficiencies. He has until September 1, 2023 to correct the deficiencies. If no action is taken by that time, the Court will dismiss the case without prejudice.

//

//

MINUTE ORDER - 1

The clerk is ordered to provide copies of this order to all counsel.

Filed August 21, 2023.

Ravi Subramanian
Clerk of Court

s/Serge Bodnarchuk
Deputy Clerk