UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARK CHRISTENSON,<br><br>               Plaintiff,<br><br>   v.<br><br>NEIL GORSUCH,<br><br>               Defendant. | CASE NO. C23-737 MJP<br><br>ORDER DISMISSING CASE FOR FAILURE TO FIX FILING DEFICIENCY |

On May 18, 2023, the Court issued a notice of a filing deficiency to Plaintiff. (Dkt. No. 3.) Following the notice, Plaintiff failed to take any corrective action. On August 21, 2023, the Court issued an order that Plaintiff had until September 1, 2023 to correct the deficiencies. (Dkt. No. 4.) Failure to correct the deficiencies would result in the case's dismissal without prejudice. Plaintiff again failed to correct the filing deficiencies. Having failed to correct the issues, the Court DISMISSES the action without prejudice.

//

//

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Dated October 4, 2023.

*[signature]*

Marsha J. Pechman
United States Senior District Judge

ORDER DISMISSING CASE FOR FAILURE TO FIX FILING DEFICIENCY - 2